IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLON C. SMITH, Inmate #13086-026, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-758-DRH |
| | ) |
| R.V. VEACH, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2241, Petitioner challenges his confinement in federal custody in light of the fact that the state of Oklahoma has a warrant against him for violating conditions of his probation.

When a prisoner seeks to challenge the execution of his sentence, the proper remedy is by way of habeas corpus under § 2241. *See Atehorta v. Kindt,* 951 F.2d 126, 129 (7th Cir. 1991). A court should not entertain a petition for a writ of habeas corpus from a federal prisoner unless it has jurisdiction over petitioner or his custodian. *Brittingham v. United States,* 982 F.2d 378, 379 (9th Cir. 1992); *Hanahan v. Luther,* 760 F.2d 148, 151 (7th Cir. 1985). This Court does not have jurisdiction over either.

The court with jurisdiction over a habeas corpus petition from a federal prisoner who seeks to challenge something other than the validity of a conviction and sentence is the district court where the petitioner is confined at the time of filing. *United States v. Mittlesteadt,* 790 F.2d 39, 40 (7th Cir. 1986); *Ross v. Mebane,* 536 F.2d 1199, 1201 (7th Cir. 1976). In this case, Petitioner is currently

confined in the Federal Correctional Institution in Pekin, Illinos, located in the Central District of Illinois.

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4 and Rule 1(b), and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

**DATED:** October 24, 2005.

/s/    David RHerndon
**DISTRICT JUDGE**

- 2 -