

E-FILED
Thursday, 27 October, 2005 04:01:14 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
OCT 20 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

ARLON L SMITH )
_____ )
_____ )
    **Plaintiff/Petitioner(s),** )
 )
    -vs- )     Case No. 05-758-DRH
 )     **(To be supplied by the Clerk)**
R.V. VEACH )
 )
WARDEN )
 )
_____ )
    **Defendant/Respondent(s).** )

### MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST
### TO PROCEED IN FORMA PAUPERIS

I, Arlon Smith , being first duly sworn, depose and say that I am the
plaintiff/petitioner in the above entitled cause; that in support of my request to proceed without being required
to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs
of said proceeding or to give security therefor, and that I believe I am entitled to relief.

The nature of the action is:     ( ) Civil Rights   (X) Habeas Corpus  ( ) Appeal

1. Are you presently employed?    Yes (X)     No ( )

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and
      address of your employer.
      _____ $40.00 to 65.00 _____

   b. If the answer is "no", state the date of last employment and the amount of salary or wages per month
      which you received.
      _____ N-A _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )  No (X)
   b. Rent payments, interest or dividends?               Yes ( )  No (X)
   c. Pensions, annuities or life insurance payments?     Yes ( )  No (X)
   d. Gifts or inheritances?                              Yes (X)  No ( )
   e. Any other sources?                                  Yes (X)  No ( )

Rev. 2/00

2

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

$100.00    From Family

3. Do you own cash, or do you have money in a checking or savings account?    Yes ( )  No (✓)
   (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( )  No (✓) If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Child Support  $0.00  Per month

## PRIOR LITIGATION

You may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 if you have "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" unless you are "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Have you ever filed any other lawsuits in any federal court during this or any other period of incarceration?
Yes ( )    No (✓)

If yes, please provide the following section about your prior cases. If necessary, you may attach additional pages to this form to provide all the required information about each of your prior cases. Failure to provide complete, accurate information about all your prior litigation may result in denial of your request to proceed *in forma pauperis.*

1. Case name:____N/A_____    Case Number:____N/A_____

   Court:____N/A_____    Date filed:____N/A_____

   Claims raised:_____N/A_____

   ____N/A____

   Result:_____N/A_____

2. Case name:_____N/A_____    Case Number:____N/A_____

   Court:_____N/A_____    Date filed:____N/A_____

   Claims raised:_____N/A_____

   _____N/A_____

   Result:_____N/A_____

3. Case name:____N/A_____    Case Number:_____N/A_____

   Court:_____N/A_____    Date filed:____N/A_____

   Claims raised:_____N/A_____

   _____N/A_____

   Result:_____N/A_____

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621. I authorize the agency having custody of my person to withdraw funds from my prison trust account and forward payments to the Clerk of Court, in accord with 28 U.S.C. § 1915.

8-29-05
Date

Signature of Plaintiff/Petitioner

## CERTIFICATE

**THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER**

Name of Plaintiff/Petitioner: _Arloh Smith_

Institution where confined: _F.C.I. Pekin_

Register number: _13086-026_

---

### THIS SECTION IS FOR COMPLETION BY AN <u>AUTHORIZED OFFICER</u> OF THE ABOVE-NAMED INSTITUTION ONLY

Instructions: The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above.

## PURSUANT TO 28 U.S.C. § 1915(a)(2), <u>PLEASE ATTACH A CERTIFIED PRINT-OUT OF ALL TRANSACTIONS FOR THIS PERSON'S ACCOUNT FOR THE PAST SIX MONTHS.</u>

I hereby certify that _Arlon Smith_ _____ currently has the sum
                        (Name of plaintiff/petitioner)

$_0.31_ on account to his credit at _FCI Pekin Illinois_
                                    (Institution where confined)

DATED: _8/29/05_                    _Q. Meyffert, CSU_
                                    Signature of Authorized Officer of the above Institution



## Inmate Inquiry 🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 13086026 | **Current Institution:** | Pekin FCI |
| **Inmate Name:** | SMITH, ARLON | **Housing Unit:** | INDIANA |
| **Report Date:** | 08/29/2005 | **Living Quarters:** | B02-219L |
| **Report Time:** | 11:27:19 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2072 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 9/24/2003 |
| Local Account Activation Date: | 9/25/2003 5:04:38 AM |
| | |
| Sort Codes: | |
| Last Account Update: | 8/22/2005 6:03:44 PM |
| Account Status: | Active |
| ITS Balance: | $0.07 |

**FRP Plan Information**

**FRP Plan Type**        **Expected Amount   Expected Rate**

## Account Balances

| | |
|---|---|
| Account Balance: | $0.31 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.31 |
| National 6 Months Deposits: | $526.22 |
| National 6 Months Withdrawals: | $526.60 |
| National 6 Months Avg Daily Balance: | $10.10 |
| Local Max. Balance - Prev. 30 Days: | $64.91 |
| Average Balance - Prev. 30 Days: | $16.26 |

## Commissary History

### Purchases

Validation Period Purchases: $39.70
YTD Purchases: $680.40
Last Sales Date: 8/22/2005 6:03:44 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $39.70
Remaining Spending Limit: $250.30

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**    **List Type  Start Date  End Date  Userid  Active**

## Comments

**Comments:**




## All Transactions

| Inmate Reg #: | 13086026 | Current Institution: | Pekin FCI |
|---|---|---|---|
| Inmate Name: | SMITH, ARLON | Housing Unit: | INDIANA |
| Report Date: | 08/29/2005 | Living Quarters: | B02-219L |
| Report Time: | 11:27:46 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/26/2004 5:54:23 PM | AMService | ITS Withdrawal | ($5.00) | ITS1026 | | $35.29 |
| 10/24/2004 11:19:31 AM | AMService | ITS Withdrawal | ($5.00) | ITS1024 | | $40.29 |
| 10/23/2004 5:09:09 AM | AMSERVICE | Lockbox - CD | $45.00 | 70118604 | | $45.29 |
| 10/7/2004 7:17:15 PM | AMService | ITS Withdrawal | ($2.00) | ITS1007 | | $0.29 |
| 10/7/2004 6:36:36 PM | AMService | ITS Withdrawal | ($1.00) | ITS1007 | | $2.29 |
| 10/7/2004 5:48:45 PM | PEK9505 | Sales | ($32.25) | 43 | | $3.29 |
| 10/4/2004 9:55:16 AM | PEK4019 | Payroll - IPP | $19.00 | JV0009 | | $35.54 |
| 10/3/2004 8:15:50 AM | AMService | ITS Withdrawal | ($2.00) | ITS1003 | | $16.54 |
| 10/2/2004 1:20:44 PM | AMService | ITS Withdrawal | ($1.00) | ITS1002 | | $18.54 |
| 10/2/2004 12:02:27 PM | AMService | ITS Withdrawal | ($1.00) | ITS1002 | | $19.54 |

1 2 3





## All Transactions

| | |
|---|---|
| **Inmate Reg #:** | 13086026 |
| **Inmate Name:** | SMITH, ARLON |
| **Report Date:** | 08/29/2005 |
| **Report Time:** | 11:27:37 AM |

| | |
|---|---|
| **Current Institution:** | Pekin FCI |
| **Housing Unit:** | INDIANA |
| **Living Quarters:** | B02-219L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/23/2005 5:19:35 PM | PEK8222 | Sales | ($10.05) | 18 | | $0.19 |
| 3/20/2005 10:37:25 AM | AMService | ITS Withdrawal | ($5.00) | ITS0320 | | $10.24 |
| 3/17/2005 4:37:58 PM | AMService | ITS Withdrawal | ($6.00) | ITS0317 | | $15.24 |
| 3/17/2005 5:21:51 AM | AMSERVICE | Lockbox - CD | $21.00 | 70128501 | | $21.24 |
| 3/2/2005 7:00:54 PM | AMService | ITS Withdrawal | ($3.00) | ITS0302 | | $0.24 |
| 3/2/2005 5:31:39 PM | PEK8222 | Sales | ($32.45) | 21 | | $3.24 |
| 3/2/2005 8:04:27 AM | PEK1357 | Payroll - IPP | $35.00 | JV0052 | | $35.69 |
| 2/20/2005 12:07:03 PM | AMService | ITS Withdrawal | ($3.00) | ITS0220 | | $0.69 |
| 2/17/2005 4:30:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0217 | | $3.69 |
| 2/16/2005 5:54:16 PM | PEK8222 | Sales | ($71.85) | 42 | | $8.69 |
| 2/12/2005 7:06:26 PM | AMService | ITS Withdrawal | ($10.00) | ITS0212 | | $80.54 |
| 2/10/2005 5:45:29 PM | AMService | ITS Withdrawal | ($10.00) | ITS0210 | | $90.54 |
| 2/9/2005 5:36:46 AM | AMSERVICE | Lockbox - CD | $100.00 | 70126001 | | $100.54 |
| 2/2/2005 7:52:04 PM | AMService | ITS Withdrawal | ($1.00) | ITS0202 | | $0.54 |
| 2/2/2005 5:51:02 PM | AMService | ITS Withdrawal | ($2.00) | ITS0202 | | $1.54 |
| 2/2/2005 5:33:50 PM | PEK0505 | Sales | ($19.30) | 33 | | $3.54 |
| 2/2/2005 9:48:45 AM | PEK4019 | Payroll - IPP | $22.27 | JV0044 | | $22.84 |
| 1/20/2005 4:49:58 PM | AMService | ITS Withdrawal | ($3.00) | ITS0120 | | $0.57 |
| 1/19/2005 5:21:15 PM | PEK8222 | Sales | ($13.80) | 22 | | $3.57 |
| 1/18/2005 4:50:25 PM | AMService | ITS Withdrawal | ($3.00) | ITS0118 | | $17.37 |
| 1/17/2005 5:08:35 AM | AMSERVICE | Lockbox - CD | $20.00 | 70124403 | | $20.37 |
| 1/12/2005 5:12:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0112 | | $0.37 |
| 1/11/2005 5:28:04 PM | AMService | ITS Withdrawal | ($3.00) | ITS0111 | | $2.37 |
| 1/10/2005 5:34:29 PM | AMService | ITS Withdrawal | ($3.00) | ITS0110 | | $5.37 |
| 1/5/2005 5:40:14 PM | PEK8222 | Sales | ($51.70) | 17 | | $8.37 |
| 1/4/2005 5:12:02 PM | AMService | ITS Withdrawal | ($7.00) | ITS0104 | | $60.07 |
| 1/4/2005 9:40:39 AM | PEK2867 | Payroll - IPP | $16.68 | JV0030 | | $67.07 |
| 1/4/2005 6:28:26 AM | AMSERVICE | Lockbox - CD | $50.00 | 70123501 | | $50.39 |
| 12/25/2004 12:40:02 PM | AMService | ITS Withdrawal | ($1.00) | ITS1225 | | $0.39 |
| 12/25/2004 9:37:04 AM | AMService | ITS Withdrawal | ($1.00) | ITS1225 | | $1.39 |
| 12/24/2004 7:57:10 PM | AMService | ITS Withdrawal | ($1.00) | ITS1224 | | $2.39 |
| 12/24/2004 4:43:48 PM | AMService | ITS Withdrawal | ($1.00) | ITS1224 | | $3.39 |
| 12/23/2004 7:37:30 PM | AMService | ITS Withdrawal | ($1.00) | ITS1223 | | $4.39 |
| 12/23/2004 5:50:12 PM | PEK8222 | Sales | ($10.25) | 45 | | $5.39 |
| 12/20/2004 5:04:04 PM | AMService | ITS Withdrawal | ($5.00) | ITS1220 | | $15.64 |
| 12/18/2004 5:32:10 AM | AMSERVICE | Lockbox - CD | $20.00 | 70122401 | | $20.64 |
| 12/2/2004 5:48:37 PM | AMService | ITS Withdrawal | ($1.00) | ITS1202 | | $0.64 |
| 12/2/2004 5:28:38 PM | PEK8222 | Sales | ($21.15) | 28 | | $1.64 |
| 12/2/2004 8:04:24 AM | PEK2867 | Payroll - IPP | $22.00 | JV0026 | | $22.79 |
| 11/15/2004 5:17:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS1115 | | $0.79 |
| 11/11/2004 7:20:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS1111 | | $5.79 |
| 11/11/2004 5:18:02 PM | AMService | ITS Withdrawal | ($5.00) | ITS1111 | | $10.79 |
| 11/10/2004 5:26:30 PM | AMService | ITS Withdrawal | ($5.00) | ITS1110 | | $15.79 |
| 11/9/2004 6:30:11 AM | AMSERVICE | Lockbox - CD | $20.00 | 70119704 | | $20.79 |
| 11/5/2004 7:34:10 PM | AMService | ITS Withdrawal | ($1.00) | ITS1105 | | $0.79 |
| 11/4/2004 5:30:23 PM | PEK7022 | Sales | ($18.55) | 28 | | $1.79 |
| 11/3/2004 4:35:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS1103 | | $20.34 |
| 11/2/2004 11:05:44 AM | PEK2867 | Payroll - IPP | $24.00 | JV0015 | | $25.34 |
| 10/28/2004 5:27:30 PM | PEK7022 | Sales | ($28.95) | 25 | | $1.34 |
| 10/27/2004 5:58:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS1027 | | $30.29 |

1 2 3

  

# All Transactions

 🖨 **PRINT**

| Inmate Reg #: | 13086026 | Current Institution: | Pekin FCI |
|---|---|---|---|
| Inmate Name: | SMITH, ARLON | Housing Unit: | INDIANA |
| Report Date: | 08/29/2005 | Living Quarters: | B02-219L |
| Report Time: | 11:27:25 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 8/22/2005 6:03:44 PM | PEK0505 | Sales | ($39.70) | 54 | | $0.31 |
| 8/21/2005 5:19:47 AM | AMSERVICE | Lockbox - CD | $40.00 | 70139502 | | $40.01 |
| 8/14/2005 11:34:36 AM | AMService | ITS Withdrawal | ($1.00) | ITS0814 | | $0.01 |
| 8/12/2005 5:59:31 PM | AMService | ITS Withdrawal | ($1.00) | ITS0812 | | $1.01 |
| 8/10/2005 2:08:09 AM | AMSERVICE | Child Support | ($10.00) | | 1984 | $2.01 |
| 8/10/2005 2:08:09 AM | AMSERVICE | Donation | ($5.00) | | 1983 | $12.01 |
| 8/8/2005 5:49:23 PM | PEK7022 | Sales | ($46.90) | 30 | | $17.01 |
| 8/4/2005 7:59:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS0804 | | $63.91 |
| 8/2/2005 9:13:17 AM | PEK2867 | Payroll - IPP | $63.05 | JV0103 | | $64.91 |
| 7/25/2005 6:30:30 PM | PEK0505 | Sales | ($43.70) | 61 | | $1.86 |
| 7/24/2005 9:08:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0724 | | $45.56 |
| 7/23/2005 5:13:39 AM | AMSERVICE | Lockbox - CD | $50.00 | 70137501 | | $50.56 |
| 7/16/2005 12:10:45 PM | AMService | ITS Withdrawal | ($1.00) | ITS0716 | | $0.56 |
| 7/13/2005 12:10:21 PM | PEK2867 | Child Support | ($10.00) | | 1835 | $1.56 |
| 7/10/2005 2:08:32 AM | AMSERVICE | Donation | ($5.00) | | 1786 | $11.56 |
| 7/9/2005 1:41:14 PM | AMService | ITS Withdrawal | ($1.00) | ITS0709 | | $16.56 |
| 7/8/2005 6:25:38 PM | AMService | ITS Withdrawal | ($1.00) | ITS0708 | | $17.56 |
| 7/7/2005 9:06:28 PM | AMService | ITS Withdrawal | ($1.00) | ITS0707 | | $18.56 |
| 7/6/2005 5:42:47 PM | AMService | ITS Withdrawal | ($1.00) | ITS0706 | | $19.56 |
| 7/5/2005 8:45:36 PM | AMService | ITS Withdrawal | ($2.00) | ITS0705 | | $20.56 |
| 7/5/2005 5:58:47 PM | PEK9505 | Sales | ($3.75) | 56 | | $22.56 |
| 7/5/2005 5:56:59 PM | PEK9505 | Sales | ($42.60) | 54 | | $26.31 |
| 7/5/2005 8:35:07 AM | PEK2867 | Payroll - IPP | $43.00 | JV0090 | | $68.91 |
| 6/29/2005 6:16:53 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | | $25.91 |
| 6/27/2005 5:08:03 AM | AMSERVICE | Lockbox - CD | $30.00 | 70135603 | | $30.91 |
| 6/8/2005 6:42:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS0608 | | $0.91 |
| 6/8/2005 8:54:05 AM | PEK2867 | Child Support | ($10.00) | | 1583 | $1.91 |
| 6/7/2005 5:19:30 PM | PEK8222 | Sales | ($82.60) | 21 | | $11.91 |
| 6/5/2005 10:28:57 AM | AMService | ITS Withdrawal | ($1.00) | ITS0605 | | $94.51 |
| 6/4/2005 9:37:40 AM | AMService | ITS Withdrawal | ($5.00) | ITS0604 | | $95.51 |
| 6/4/2005 5:34:56 AM | AMSERVICE | Lockbox - CD | $40.00 | 70134101 | | $100.51 |
| 6/2/2005 5:32:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0602 | | $60.51 |
| 6/2/2005 8:03:52 AM | PEK2867 | Payroll - IPP | $62.00 | JV0085 | | $62.51 |
| 5/12/2005 1:13:37 PM | PEK2867 | Child Support | ($10.00) | | 1458 | $0.51 |
| 5/10/2005 5:33:57 PM | PEK7022 | Sales | ($5.75) | 19 | | $10.51 |
| 5/10/2005 5:33:29 PM | PEK7022 | Sales | ($7.70) | 18 | | $16.26 |
| 5/8/2005 6:43:48 PM | AMService | ITS Withdrawal | ($1.00) | ITS0508 | | $23.96 |
| 5/8/2005 2:34:32 PM | AMService | ITS Withdrawal | ($1.00) | ITS0508 | | $24.96 |
| 5/4/2005 6:40:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS0504 | | $25.96 |
| 5/4/2005 5:20:45 AM | AMSERVICE | Lockbox - CD | $30.00 | 70131901 | | $30.96 |
| 5/3/2005 7:00:24 PM | AMService | ITS Withdrawal | ($1.00) | ITS0503 | | $0.96 |
| 5/3/2005 5:36:36 PM | PEK1789 | Sales | ($48.45) | 21 | | $1.96 |
| 5/3/2005 8:23:37 AM | PEK2867 | Payroll - IPP | $50.17 | JV0070 | | $50.41 |
| 4/12/2005 5:43:11 PM | PEK1789 | Sales | ($20.35) | 24 | | $0.24 |
| 4/9/2005 12:03:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0409 | | $20.59 |
| 4/6/2005 7:31:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0406 | | $25.59 |
| 4/5/2005 5:36:39 PM | PEK7022 | Sales | ($28.60) | 26 | | $30.59 |
| 4/5/2005 6:21:48 AM | AMSERVICE | Lockbox - CD | $30.00 | 70129801 | | $59.19 |
| 4/4/2005 5:20:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS0404 | | $29.19 |
| 4/4/2005 9:43:08 AM | PEK4019 | Payroll - IPP | $32.00 | JV0060 | | $32.19 |

1 2 3

E-FILED
Thursday, 27 October, 2005  04:01:39 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

OCT 20 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

_ARLON C SMith_

**(Full Name under which you were convicted)**

Docket No. _OS-758-DRH_

**(To be supplied by Clerk)**

_13086-026_
**(Prison Number)**

_F.C.I. PEKiN_
**(Place of Confinement)**

---

## PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. §2241
## BY A PERSON IN FEDERAL CUSTODY

---

_ARLON C SMith_, **Petitioner**
**(Full Name under which you were convicted)**

**vs.**

_R. V. VEAch_, **Respondent**
**(Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner)**

---

(This form is **not** to be used if petitioner claims that his federal sentence itself is unlawful. If a petitioner wishes to attack his federal sentence, he or she should file a motion under 28 U.S.C. §2255 to vacate, set aside or correct sentence in the federal court which entered judgment.)

Rev. 8/96

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN FEDERAL CUSTODY


### INSTRUCTIONS—READ CAREFULLY

1.   **Readable** - The petition may be either typed or handwritten, but it must be readable.

2.   **Signed Under Penalty of Perjury** - The petition must be signed by you "under penalty of perjury". Any false statement of a material fact may serve as a basis for prosecution and conviction for perjury. Your signature does not have to be witnessed by a notary public.

3.   **Copies and Proper Court** - All questions must be answered. When the petition is fully answered, the original and three (3) copies must be mailed to the Clerk of the United States District Court for the Southern District of Illinois, whose address is P.O. Box 249, East St. Louis, IL 62202-02491.

4.   **All Grounds** - You must include all grounds for relief in this petition and the facts supporting each ground for relief. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

5.   **Legal Citations and Arguments** - No citations of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

6.   **Fee** - You must either (A) pay the filing fee of $5.00 or (B) if you do not have the money, you may request permission to proceed in forma pauperis, in which event you must complete and sign the motion and affidavit supplied by the clerk's office and have an authorized officer at the penal institution complete and sign the attached certificate. You must also have an authorized officer attach a print-out of your prison trust account activity for the six months prior to the filing of your petition.

## PETITION

### I.    GENERAL INFORMATION

A.    Subject of Petition:

___    Denial of parole
___    Revocation of parole
___    Disciplinary matter
___    Revocation of good time credits
_✓_   Detainer
___    Other (describe briefly the type of decision or action involved):
        PRObATioN ViolATioN WARRANTFEOM THe STATE
        OF OKIAhOMA

B.    Place of confinement _F.C.I  PEKiN_

C.    Petitioner's institutional address _FedeRAl ZORRECT.ONAl iNST.TuT.oN_
     _P.O. Box 5000  PEKiN , IL 6/555_

D.    If you are in custody under a conviction and sentence, complete the following:

1.    Nature of offense _PosSESSioN of CRACK CoCAiNE_

2.    Name and location of Court which imposed sentence _UNiTED STATES_
    _DiSTRiCT COURT, CENTRAl DiSTRiCT of IlliNois_

3.    Case or docket number _02-10137-00/_

4.    Date of conviction _ON OR AbouT  7-14-2003_

5.    Date of sentence _9-5-2003_

6.    Length of sentence _120 MoNThs_

7.    Did you appeal the conviction? Yes ( ) No (✓)

   a.    First appeal:
      Court:_____ N/A
      Grounds:_____

      Result:_____ N/A
      Date:_ N/A

   b.    Second appeal:
      Court:_____ N/A

- 3 -

Grounds: _____ N/A _____

_____

Result: _____ N/A _____
Date: _____

8. Have you challenged the sentence in any other post conviction proceeding?
Yes ( )  No ( L )

Court: _____ N/A _____
Grounds: _____

_____ M/A _____

Result: _____ N/A _____
Date: _____

E. If you have not been convicted, complete the following:

1. Nature of charge(s): _____ N/A _____

_____

_____

2. Name and location of court(s) in which charge(s) is/are pending: _____

_____

_____ M/A _____

3. Case number(s): _____ N/A _____

4. Date of your arrest or confinement: _____ N/A _____

## II. SUBJECT OF THIS PETITION

A. Indicate the type of decision or action which you are challenging:

_____ Denial of parole
_____ Revocation of parole
_____ Disciplinary matter
_____ Revocation of good time credits
__L__ Detainer
_____ Other (describe briefly the type of decision or action involved):
PROBATION VIOLATION WARRANT FROM THE STATE
OF OKIAHOMA

_____

B. Who made the decision or took the action? TULSA COUNTY DISTRICT ATTORNEY
AND FederAl BUreAu of Prisons

C.   Date of decision or action _____ 9-29-04 _____

D.   Was there a hearing of any kind?  Yes ( )  No (4)

    1.   First Hearing
         Date:_____ N/A
         Location: _____ N/A
         Conducted by:_____ N/A
         Result:_____ N/A
         _____ N/A

    2.   Second Hearing
         Date:_____ N/A
         Location: _____ N/A
         Conducted by:_____ N/A
         Result:_____ N/A

E.   Were you represented by counselor by a staff representative at any hearing?
     Yes ( )  No ( )  N/A

     If yes, give name and address _____ N/A _____

## III.   PREVIOUS APPEALS/ADMINISTRATIVE REMEDY PROCEDURES

A.   If your claim concerns a parole matter (for example, denial, modification, or revocation of parole), complete the following:

    1.   Did you appeal the decision to the Regional Commissioner?
         Yes ( ) No ( )  N/A

         a.   Date of filing appeal_____ N/A
         b.   Grounds raised:_____ N/A
              _____
         c.   Result and date:_____ N/A
              _____
              _____

2.    Did you appeal the decision to the National Appeals Board/U.S. Parole
      Commission?  Yes ( ) No ( )  *N/A*

      a.    Date of filing appeal_____ *N/A*_____
      b.    Grounds raised:_____
            _____ *N/A*_____

      c.    Result and date:_____ *N/A*_____
            _____
            _____

B.    If your claim concerns something other than parole, (for example, a disciplinary matter),
      complete the following about the administrative remedy procedures (See C.F.R. §542.10)

      1.    Did you attempt to resolve your complaint informally?  Yes (✓) No ( )

      2.    Did you file a formal complaint?  Yes (✓) No ( )

      3.    Did you appeal to the Warden?  Yes (✓) No ( )

      4.    Did you appeal to the Regional Commissioner?  Yes (✓) No ( )

      5.    Did you appeal to the General Counsel?  Yes (✓) No ( )

      6.    If you did not use the Administrative Remedy Procedure, explain why you did not
            do so _____
            _____ *N/A*_____
            _____ *N/A*_____

C.    Attach copies of your incident report or parole rationale (where appropriate), your request(s)
      for an administrative remedy and the response(s) you received. If you cannot do so, explain
      why not _____ *SEE Attached copies*_____

D.    Have you filed any previous lawsuit(s) related to your present claim?
      Yes ( ) No (✓)

      1.    Name and location of Court:_____ *N/A*_____
      2.    Date of filing:_____ *N/A*_____
      3.    Case number:_____ *N/A*_____
      4.    Nature of suit:_____ *N/A*_____
      5.    Grounds raised:_____ *N/A*_____

      6.    Result and Date:_____ *N/A*_____

- 6 -

## IV.   GROUNDS FOR RELIEF

State concisely every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  It is not necessary to cite cases of law in this petition.  However, if you wish to cite cases or law, you should do so in a separate memorandum or brief.  If necessary, you may attach extra page(s) of facts supporting your grounds for relief.

A.   Ground One: _Petitioner is being held in Custody in Violation of his Fifth and Sixth Amendment Rights of Due Process of Law._
Supporting FACTS (tell your story briefly without citing cases or law). _Currently, the State of Oklahoma has a Warrant Against Petitioner for Violating Conditions of his Probation. He has Not had a Probation Revocation hearing and will Most Likely Not Receive One Untill his Release From Federal Custody. Petitioner has been in Custody Since 11-25-2002 And is Not Expected To be Released Untill 8-12-2011. It Would Be Very Prejudicial_
_( Please see Continuaction of Ground One )_

B.   Ground Two: _____

Supporting FACTS (tell your story briefly without citing cases or law). _____

<br>

C.   Ground Three: _____

Supporting FACTS (tell your story briefly without citing cases or law). _____

<br>

D.   Ground Four: _____

Supporting FACTS (tell your story briefly without citing cases or law). _____

- 7 -

CONTINUATION OF GROUND ONE

TO PETITIONER FOR him TO WAIT FOR THE NEXT SIX YEARS before he RECEIVES
A PROBATION VIOLATION hearing. During his PROBATION VIOLATION hearing
PETITIONER Will have THE Right TO PRESENT EVIDENCE, TO CALL WITNESSES And
TO PROVIDE PROOF OF MITIGATING CIRCUMSTANCES SURROUNDING his PROBATION
VIOLATION. However, With THE PASSAGE OF SO MUCH TIME, PETITIONERS Ability
TO defend himself Will be VERY difficult because WITNESSES Will be difficult
TO LOCATE, THEIR MEMORIES MAY FADE AND EVIDENCE MAY be LOST OR difficult
TO OBTAIN. Additionally, PETITIONER has A CONSTITUTIONALLY PROTECTED Right
TO have PROMPT, SPEEDY AND just hearing FOR his PROBATION VIOLATION. Also,
THE WARRANT LODGED AGAINST PETITIONER FROM THE STATE OF OKLAHOMA is being
Used by THE FEDERAL BUREAU OF PRISONS TO denie him of PRIVILEGES THAT
he Would NORMALLY be ENTITLED TO if it WERE NOT FOR THE WARRANT. AND
BECAUSE PETITIONER has NOT had A PROBATION VIOLATION hearing AND THE
WARRANT is being Used TO RESTRICT FUTURE LIBERTY PETITIONER is IN CustODY
UNLAWFULLY IN VIOLATION OF his CONSTITUTIONALLY PROTECTED Rights OF DUE
PROCESS OF LAW.

FURTHER, PETITIONERS FIFTH AND SIXTH AMENDMENT Rights Are Also
being VIOLATED by THE FEDERAL BUREAU OF PRISONS. The BUREAU OF PRISONS
(B.O.P.) has TAKEN it UPON THEMSELVES TO denie PETITIONER CERTIN
PRIVILEGES because PETITIONER has A PROBATION VIOLATION WARRANT LODGED
AGAINST him. Because OF This WARRANT THE B.O.P. LODGED A DETAINER
AGAINST PETITIONER. This detainer is being Used by THE B.O.P. TO
dePRIVE PETITIONER OF his halfway house TIME, ENROLLMENT IN THE FIVE
hundred hour dRug TREATMENT PROGRAM, TRANSFER TO A LOWER SECURITY
INSTITUTION AND Also has THE EFFECT of Adding AN Additional THREE
POINTS TO his SECURITY level. All OF THESE PRIVILEGES ARE being denied

PETITIONER WITHOUT PETITIONER being Able to have ANY Kind of hearing or Due PROCESS ON The MATTER. The CONSTITUTION CLEARLY STATES THAT NO ONE is TO be Deprived of Life, Liberty or PROPERTY without due PROCESS of LAW. CLEARLY, PETITIONER has A LIBERTY INTEREST here, AND he is being denied his LIBERTY without due PROCESS. PETITIONER has A LIBERTY INTEREST IN PARTICIPATING IN The Five hundred hour drug TREATMENT PROGRAM So when he COMPLETES The PROGRAM he CAN Receive AS much AS A YEAR OFF his SENTENCE. Also PETITIONER will have A greater degree OF FREEDOM while AT A halfway house. While There, he will be Able TO WORK Within The Community, Receive Visits FROM FAMILY AND FRIENDS, Receive Weekend PASSES AND OBTAIN A CREWFUE TO where he CAN SPEND TIME IN The Community UNTILL NINE OR TEN P.M.

Finally, Because PETITIONER is being deprived OF A FAST AND SPEEDY hearing AND because he is being denied LIBERTY Without due PROCESS he is Currently being held IN Custody UNlawfully IN Violation OF his FIFTH AND Sixth AMENDMENT Rights UNDER The CONSTITUTION OF The United STATES.

_____
_____
_____
_____
_____

## V.     REQUEST FOR RELIEF

State here exactly what you want the court to do for you.

1. That This honorable Court ORDER an immediate and PROMPT PROBATION hearing from The STATE of Oklahoma. 2. That The honorable Court VACATE The PRobation Violation WARRANT FOR Violating PETITIONERS FIFTH AND SiXTH AMENDMENT Rights. 3. That The Bureau of PRISONS Be ORDERED TO RESTORE PETITIONERS PRiViLeges. 4. That The BUREAU OF PRISONS Be ORDERED TO DECREASE POTitiONERS CustOdy by Three POINTS. 5. That This HONORABLE COURT ORDER ANY OTHER FURTHER Relief That it Deems JUST AND PROPER

## VI.     DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury, that I am the petitioner in the above action, that I have read the above petition and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this _17_ day of _Oct_ , 20 05.

Arlon C. Smith

Signature of Petitioner

_____

(Signature of lawyer, if any)

# FEDERAL CORRECTIONAL INSTITUTION
# PEKIN, ILLINOIS

## INMATE ATTEMPT AT INFORMAL RESOLUTION

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In accordance to Bureau of Prison's Program Statement 1330.11 <u>Administrative Remedy for Inmates</u>, any inmates attempting to seek formal review of a complaint must first attempt to resolve the complaint by presenting it to a staff member. The staff member must attempt to resolve the matter prior to the issuance of a Request for Administrative Remedy (BP-9) to the inmate.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

1. Briefly explain the nature of your complaint. You must include all pertinent details and facts that support your case.

The Following is a Formal Complaint, it is an attempt by me to Exhaust my Administrative Remedies. Additionally, I must first fully Exhaust my Administrative Remedies Before Bringing this matter to the Attention of the Federal Courts. Specifically, I have a Detainer Lodged Against me for a Violation of my Probation. This Detainer is a Direct Result of a Bench Warrant that was Filed Against me on Sep 30, 2004 (Please See Attached PAPERS)

2. What action do you wish to be taken to resolve this matter?

That The Detainer Lodged Against me case no. CF-97-1143 Be Removed From my files And or Records

**Arlon Smith 13086-026**          **Indiana 1**          **May 23, 2005**
Inmate's Name & Reg. No.          Unit          Date

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

3. The staff member attempting to resolve this matter will indicate below the steps taken and will return this to the inmate.

The detaining authority in this matter is The Tulsa County District Attorneys Office. This will have to be brought to their attention

---

**Staff Member's Name & Title**          **5/24/05**
                                         Date

Comments of Reviewing Official:
See above

---

Reviewed by: _____ CSW          **5/24/05**
        Signature & Title of reviewing official          Date

CASE NO. CF-97-1743. Further, This Detainer is keeping me from Enjoying Certain Privileges And Programs That Are Normally Afforded To Other Prisoners who do not have Detainers. For Example; I am unable To Enroll in The "Drug Program" (upon Completion I will be eligible for At least one year off my Sentence), Halfway house And Transfer To A lower Security institution.

Furthermore, my Constitutional Rights Are being Violated by This Detainer because I Am being Denied Certain Programs And privileges Without first having A hearing To Determine Wheather or Not I have Violated Any condition of my Probation.

Therefore, I Respectfully Request That This Detainer Be Removed From my Files And That in Effect, I will be eligible For The Drug Program, Halfway house And Transfer To A lower Security institution.

Respectfully Submitted

Arlon Smith

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ARLON SMITH    13086-026    INDIANA #1    F.C.I PEKIN
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

ON 5-23-2005 I Filed A B.P. 8 with My Unit Team, As A Result,
The B.P. 8 was Denied on 5-24-2005.
    I UNDERSTAND That My Unit TEAM, is in no position To Resolve
The issue I Brought Before Them in My B.P. 8. However, it's
Required By Me To Fully Exhaust My Administrative Remedies Before
TAKING This matter To The Federal Courts. Briefly, I have A WARRANT
lodged AGAINST Me for A PROBATION Violation And As A Result, A DETAINER
has Been Placed AGAINST ME. Further, This Detainer is keeping me from
ENROLLING in The DRUG TREATMENT PROGRAM, HAlfway house PlaceMent, Lower
Security level And TRANSFER To A lower security institution.
    Therefore, I Respectfully Request That the Detainer lodged AGAINST Me
FOR A PROBATION Violation Be Expunged from My Records And OR Files.

5-26-05
DATE                 Arlon Smith
                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____             _____
DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: _____

                                        CASE NUMBER: 377845-F1

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____          ⊕         _____
DATE         PRINTED ON RECYCLED PAPER     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                BP-229(13)
                                                         APRIL 1982

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: ARLON CRAIG SMITH        13086-026      INDIANA #/      F.C.i. PEKIN
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A—REASON FOR APPEAL This COMPLAINT is in Response to a B.P. 9 THAT WAS Filed by Me ON 5-26-05. The COMPLAINT WAS Denied by The WARDEN ON 6-6-05. I, Therefore file this COMPLAINT IN Response to The B.P. 9.

SPECIFICALLY, I REQUEST THAT A PROBATION Violation DETAINER THAT is held Against me Be REMOVED from my files AND OR RECORDS. I UNDERSTAND THAT The B.O.P. MAY NOT Be IN A POSITION TO EXPUNGE A WARRANT OR DETAINER, HOWEVER; The B.O.P. is IN A POSITION TO ALTER The way IN WHICH A DETAINER AFFECTS A PRISONER. FOR EXAMPLE, MANY PRISONERS who HAVE DETAINERS CANNOT ENGAGE IN DRUG TREATMENT PROGRAMS, HALFWAYHOUSE AND TRANSFERS TO lower Security INSTITUTIONS. These MEASURES ARE A DIRECT RESULT OF B.O.P. POLICIES AND PROCEDURES WHICH ARE UNLAWFULL BECAUSE They PLACE RESTRICTIONS ON A PRISONERS LIBERTY WITHOUT FIRST HAVING A HEARING TO DETERMINE WHETHER OR NOT He HAS COMMITTED AN OFFENCE.

Therefore, I RESPECTFULLY REQUEST THAT MY PROBATION VIOLATION DETAINER Be REMOVED from my files AND THAT IN EFFECT, I WILL Be Eligible FOR PROGRAMS THAT ARE AFFORDED TO PRISONERS WHO DO NOT HAVE DETAINERS.

6-10-2005
DATE

Arlon Smith
SIGNATURE OF REQUESTER

Part B—RESPONSE

JUL - 1 2005

_____        _____
DATE        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 377845-R1

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
USP LVN        DATE        Previous editions not usable        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Admin Remedy Number**: 377845-R1

This is in response to your Regional Administrative Remedy Appeal dated June 10, 2005, wherein you claim you are being harmed by the placement of a detainer, and you request the detainer be removed.

We have reviewed your appeal and find your appeal lacks merit. The State of Oklahoma has an outstanding warrant for your arrest, for violating the conditions of your previously imposed probation. The State of Oklahoma informed the Bureau of Prisons (BOP) of their intention to assume jurisdiction over you upon your release from federal custody, and requested a detainer be lodged against you. The State of Oklahoma has every expectation that the BOP will honor the request from another sovereign for production of an inmate upon completion of the federal sentence. The detainer does not preclude you from taking advantage of the drug program and other programs while in BOP custody. Any adverse effect of the detainer is outweighed by the state's vested interest in your continued incarceration. The detainer will remain in full force and effect until the agency notifies the BOP in writing, to remove their detainer.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

7/22/05

Date

Michael K. Nalley, Regional Director



U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: Smith Arlon C | 13086-026 | INDIANA #1 | F.C.I PEKIN |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL** I Am Requesting That A Detainer That has been Lodged AJAnist Me due TO A Probation Violation from The STATE of Oklahoma be Removed From my Records for The Following Reasons; 1. The Detainer is Keeping me from ENRolling in The DRug PROgRAM; upon Completion I will be Eligible To Receive a year off my Sentence. 2. The Detainer has The Effect of increasing my Custody/security level Thereby MAKing it mor Difficult to be TRansfered To A lower security institution. 3. The Detainer will Also keep me from ENTERing a Halfway house Toward The END of my sentence. Further; The Response TO my BP 10 states That The "Detainer Does Not PReclude me from The DRug program" while in Another, The BOP states That The Effect of The Detainer is outweighed by The Interest of The State. Petitioner in This matter would like To know what interest The STATE of Oklahoma has on my DRug TReatment, Halfway house or Transfer.

FINally, I have A Liberty interest in This complaint, The BoP is in A position To Determine how A Detainer will Effect The way in Which my sentence is Being "carried out" And I Believe That The Actions of The BOP ARE UNlawfull And unfair.

Therefore I Respectfully Request That The Detainer be Removed from my Records

Aug 2, 2005
DATE

Arlon Smith
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
AUG - 9 2005
ADMINISTRATIVE REMEDY BRANCH

| DATE | GENERAL COUNSEL |
|---|---|

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 377845-A1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |
|---|---|

USP LVN

BP-231(13)
APRIL 1982

**Administrative Remedy No. 377845-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy in which you request the removal of a detainer placed by the State of Oklahoma.

Our review reveals the Warden and Regional Director adequately responded to the issues you raised in your appeal. As noted in your response from the Regional Director, the State of Oklahoma requested a detainer be placed against you. The Bureau of Prisons does not have the authority to remove any detainer placed by the State of Oklahoma. The detainer will remain in effect until such time that the State of Oklahoma notifies the Bureau of Prisons in writing, to remove their detainer. We therefore concur with the responses provided. Accordingly, your appeal is denied.

September 29, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals



# TIM HARRIS
## TULSA COUNTY DISTRICT ATTORNEY
TULSA COUNTY COURTHOUSE
500 S. DENVER AVE., SUITE 900
TULSA, OKLAHOMA 74103-3832
(918) 596-4805
FAX: (918) 596-4830

## EXTRADITIONS/DETAINERS

DATE:          9/29/04

ATTN:          <u>FEDERAL BUREAU OF PRISONS</u>
               2600 South Second St
               Pekin IL  61554

DEFENDANT:     <u>**Arlon Smith aka Leonard Lewis Monroe**</u>

DOB:           <u>**06/28/60**</u>

INMATE NUMBER: <u>**#13086-026**</u>

OUR CASE NO.(S): <u>**CF-97-1743**</u>  *(probation violation)*

CHARGE/S:      <u>**Application to Revoke Suspended Sentence**</u>

( X )   We would like to place a "<u>HOLD/DETAINER</u>" on the above person. Enclosed is a certified copy of our Warrant for this purpose. Please notify us prior to his/her release so that we can make arrangements to pick him/her up.

( )     We do **NOT** wish to place a Hold/Detainer on this individual. We have no interest in the above named Defendant.

( )     An **"EXTRADITION"** has been approved.

( )     An **"EXTRADITION"** has been declined.

If you have any questions, please call Assistant District Attorney Fred Morgan @ (918) 596-4875.

*1/7/05*
*Cristie Barton / legal asst.*
*will mail cert. copy*
*918-596-4838*

BY:     _____
        **FRED J. MORGAN, OBA #6386**
        **ASSISTANT DISTRICT ATTORNEY**
        406 Tulsa County Courthouse
        Tulsa, OK 74013
        (918) 596-4875

*AD*

BP-S394.058 **DETAINER ACTION LETTER** CDFRM
.MAR 03

**U.S. DEPARTMENT OF JUSTICE**                        **FEDERAL BUREAU OF PRISONS**

| To    Tulsa County District Attorney<br>Tulsa County Courthouse<br>500 S. Denver Ave., Suite 900<br>Tulsa, OK 74103-3832 | Institution:<br>Federal Correctional Institution<br>ATTN: ISM<br>P.O. Box 5000<br>Pekin, Illinois 61555 | |
|---|---|---|
| *Fred moesind 2010* | Date 01-07-05 | |
| Case/Dkt#CF-97-1743<br>DETAINER | Inmate's Name<br>SMITH, ARLON CRAIG | Fed Reg No.<br>13086-026 | DOB/SEX/RACE |
| Aliases (YOUR) MONROE, LEONARD LEWIS *918-596-4838* | Other No. | |

*Christie Barton, legal asst*

The below checked paragraph relates to the above named inmate:

☐    This office is in receipt of the following report:_____. Will you
please investigate this report and advise what disposition, if any, has been made of the case.
If subject is wanted by your department and you wish a detainer placed, it will be necessary for
you to forward a certified copy of your warrant to us along with a cover letter stating your
desire to have it lodged as a detainer. If you have no further interest in the subject, please
forward a letter indicating so.

☑    A detainer has been filed against this subject in your favor charging <u>VIOLATION OF PROBATION ON</u>
<u>THE ABOVE DOCKET</u> . Release is tentatively scheduled for <u>06-11-2010</u> , however, we will notify you
approximately **60** days prior to actual release. **To check on an inmate's location, you may call
our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at
www.bop.gov.**

☐    Enclosed is your detainer warrant. Your detainer against the above named has been removed in
compliance with your request.

☐    Your detainer warrant has been removed on the basis of the attached _____.
Notify this office immediately if you do not concur with this action.

☐    Your letter dated _____ requests notification prior to the release of the above
named prisoner. Our records have been noted. Tentative release date at this time is _____
_____ .

☐    I am returning your _____ on the above named inmate who was committed
to this institution on _____ to serve _____ for the offense of
_____. If you wish your _____ filed as a detainer,
please return it to us with a cover letter stating your desire to have it placed as a hold or
indicate you have no further interest in the subject.

☑    IF HE HAS SIGNED A WAIVER OF EXTRADTION, PLEASE FAX OR MAIL - THANKS!

                                     Sincerely,

                                     A. Davis for

                                     Michael R. Weghorst
                                     Inmate Systems Manager

        If you wish to, you may send your response via facsimile to (309)477-4670, or
        contact Angela Davis at (309) 346-8588 ext. 1236.

                                                              '58)

THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA

**BENCH WARRANT (REVOCATION PROCEEDING)**

STATE OF OKLAHOMA, ) ss.   CF CM 1M43
COUNTY OF TULSA, ) No. ___
(FELONY)

STATE OF OKLAHOMA, )
                     Plaintiff,)
vs. )
                     )
LEONARD LEWIS MONROE, )
                     Defendant.)

**DISTRICT COURT**
# FILED

SEP 3 0 2004

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA - TULSA COUNTY

TO THE SHERIFF OF TULSA COUNTY, OKLAHOMA OR ANY OTHER OFFICER
AUTHORIZED BY LAW TO SERVE PROCESS IN TULSA COUNTY, OKLAHOMA:

An Application to Revoke Suspended Sentence has been filed
against the above named defendant, **LEONARD LEWIS MONROE**. You are
therefore commanded forthwith to arrest the above named defendant
and bring **LEONARD LEWIS MONROE** before said Court or if the Court
be adjourned or not in session that you retain **LEONARD LEWIS
MONROE** in your custody in the County Jail of Tulsa County,
Oklahoma, subject to the further order of this Court.

Defendant is to be arraigned before the Judge in room number
329 of the Tulsa County Courthouse. The defendant is admitted to
bail in the sum of $ _10,000.00_ .

BY ORDER OF THE COURT

Given under my hand and the seal of said Court affixed
this ___4th__ day of ___August_ , 19 _97_.

SALLY HOWE-SMITH, Court Clerk

C1637166

By _____
                     Deputy

DESCRIPTION OF DEFENDANT:
NAME: LEONARD LEWIS MONROE     DOB: 06-28-60   AGE:
ADDR: TRANSIENT 11TH ST MOTELS     SSN: 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
DESC: BN M, 5 08, 160#, HAIR=BLK, EYES=BRO, OL: *
REMARKS: OC - COUNT I ATTEMPTING TO DELIVER CONTROLLED DRUG
(DISMISSED), COUNT II UNLAWFUL POSSESSION OF CONTROLLED DRUG WITH
INTENT TO DISTRIBUTE (AMENDED UNLAWFUL POSSESSION OF CONTROLLED
DRUG), COUNT III UNLAWFUL POSSESSION OF PARAPHERNALIA

**RETURN OF OFFICER**

I received this bench warrant on the _____ day of _____ , 19 __ , and executed the same
in _____ County on the _____ day of _____ , 19 __ , at ___ o'clock ___ M.,
by _____

Dated this ___ day of _____ , 19 __ .

FEES:                     By _____ , Deputy

Arrest.........................$
          miles @ ___ 'mile.....$
Jury Court_____$
Other _____$          TOTAL $ _____

DATE 8/12/97

# ORIGINAL

