UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLON C. SMITH, ) | |
|       Petitioner, ) | |
| v. ) | Case No. 05-1325 |
| R.V. VEACH, WARDEN, ) | |
|       Respondent. ) | |

## O R D E R

Before the Court is Arlon C. Smith's ("Smith's") Motion and Affidavit in Support of Request to Proceed In Forma Pauperis [Doc. # 2] and Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person in Federal Custody.  In his Petition, Smith (currently an inmate at F.C.I. Pekin) challenges a detainer resulting from a Oklahoma state arrest warrant for a probation violation.  Smith asks this Court to order the Oklahoma state court to conduct a hearing on the probation violation and to order the Bureau of Prisons ("BOP") to grant Smith privileges that are currently unavailable because of the detainer.  It appears Smith may have exhausted the administrative remedies available to him through the BOP, however, there is no indication Smith has sought relief from the Oklahoma state court.  Until Smith can show he has exhausted his available state court remedies, this Court cannot entertain his Petition.  See Boettcher v. Doyle, 105 Fed. Appx. 852, 854 (7th Cir. July 20, 2004) (unpublished order), (exhaustion of state court remedies required when federal prisoner challenges detainer lodged by state), citing United States v. Castor, 937 F.2d 293, 296-97 (7th Cir. 1997)  and  Echevarria v. Bell, 579 F.2d

1022, 1025 (7th Cir. 1978). Accordingly, the Petition is dismissed without prejudice.

    IT IS THEREFORE ORDERED that Smith's Motion and Affidavit in Support of Request to Proceed In Forma Pauperis [Doc. # 2] is DENIED.

    IT IS FURTHER ORDERED that Smith's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person in Federal Custody is DISMISSED without prejudice.

    Entered this __28th__ day of October, 2005.

                                                      s/ Joe B. McDade
                                                      JOE BILLY McDADE
                                        United States District Judge