# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
OCT 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ARLON CRAIG SMITH**

vs.                                                      Case Number:  **05-1325**

**R.V. VEACH, Warden**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that petition for writ of habeas corpus pursuant to 28:2241 is DISMISSED without prejudice.

ENTER this 28th day of October, 2005.

JOHN M. WATERS, CLERK

s/H. Kallister
_____
BY: DEPUTY CLERK