UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
NOV -7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ARLON C. SMITH
    PETITIONER

V.                                CASE NO. 05-1325

R.V. VEACH, WARDEN
    Respondent

## NOTICE OF APPEAL

Notice is hereby given that ARLON C. Smith Petitioner in the above entitled case hereby appeals to the United States Court of Appeals for the (7) seventh Circuit, from a final order Dismissing Petitioners Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 entered on October 28th 2005

November 4, 2005

ARLON C. SMITH 13086-026
PEKIN
P.O. Box 5000
PEKIN, IL 61555

Arlon C. Smith

RE: Notice of Appeal
Case No. 05-1325

Arlon C. Smith
No.# 13086-026
Pekin
P.O. Box 5000
Pekin, IL 61555

Clerk of Court
United States District Court
Room 309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Dear Clerk;

Please be informed that I have enclosed a Notice of Appeal to be submitted within your honorable Court. Thankyou for your Time

Sincerely

Arlon C. Smith