*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                                Docket No.: 05-1325

Division: Peoria

***Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)***

Arlon Smith, Petitioner                        v.        Veach, Warden, Respondent

---

**Current Counsel for Plaintiff (Petitioner):**           **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Arlon C. Smith                                          Name:

Firm: c/o Pekin FCI                                           Firm:

Address: PO Box 5000                                          Address:

Pekin, IL. 61555

Phone: (309)                                                  Phone:

---

Judge: Joe B. McDade                                Nature of Suit Code:  555

Court Reporter: N. Mersot                           Date Filed in District Court:  10/27/05

                                                    Date of Judgment: 10/28/05

                                                    Date of Notice of Appeal: 11/7/5

Counsel:  ___Appointed     ___Retained    _X_Pro Se

Fee Status:   ___Paid    _X__Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide (USM#):  13086-026

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**