## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
NOV 17 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   District Court Clerk's Office

RE:   Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-4305              Docketed on: 11/14/05
Short Caption:         Smith, Arlon v. Veach, Rick
District Court Judge:  Joe Billy McDade
District Court No.:    05 C 1325

If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### CIRCUIT RULE 3(b) NOTICE

**Date: November 14, 2005**
**Re:** Smith, Arlon v. Veach, Rick
   Appeal No.: 05-4305

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1325, Joe Billy McDade, Judge

To:    Arlon Smith
       FEDERAL PRISON CAMP
       #13086-026
       P.O. Box 5000
       Pekin, IL   61555-5000


       Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal.  This appeal was docketed on 11/14/05. The District Court has indicated that as of 11/7/05 the docket fee has not been paid.  Depending on your situation, you should:

   1. Pay the required $250.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.**  The Court of Appeals cannot accept this fee.  You should keep a copy of the receipt for your records.

   2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the 6 month period preceding the filing of the notice of appeal, **if you have not already done so.** An original and three copies of that motion, with proof of service on your opponent, is required.  This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/1/98), listing the assets and income of the appellant(s).

   3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $250.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a).

       If one of the above stated actions is not taken, the appeal

will be dismissed.

(1259-032800)