E-FILED
Tuesday, 06 December, 2005  11:59:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FILED
DEC - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ARLON C. SMITH
    Petitioner
-V-
R.V. VEACH, WARDEN
    Respondent

Appeal No: 05-4305
Dc # 05-1325

MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

PETITIONER IN THE ABOVE ENTITLED CASE MOVES this honorable COURT AND Respectfully Request that his MOTION TO APPEAL IN FORMA PAUPERIS be granted for the following Reasons: 1. PETITIONER IS UNABLE TO PAY COST OF SAID APPEAL please see AFFIDAVIT IN SUPPORT of this MOTION. 2. PETITIONER has Limited income opportunies while incarcerated in Federal PRISON. 3. THAT PETITIONER MAY EXERCISE his RIGHT TO ACCESS TO THE COURTS IN ACCORD WITH THE FIRST AMMENDMENT OF THE CONSTITUTION OF the United STATES. finally, in THE interest of Justice Petitioner PRAYS THAT This Hororable Court will GRANT his MOTION for APPEAL IN FORMA PAUPERIS.

ARLON C. SMITH
Federal Correctional Institution
#13086-026
P.O. Box 5000
PEKIN, IL 61555-5000

Arlon C. Smith
12-1-05

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

ARION C. SMITH ) Appeal from the United States District Court for the
) CENTRAL District of Illinois
)
v.   Case No. 05-4305 ) District Court No. 05-1325
)
R.V. VEACH ) District Court Judge JOE Billy McDADE
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: Arion C. Smith

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 11-29-05

**My issues on appeal are:** Violations of First, Fourth and Fifth Ammendment Rights of the Constution of the United States

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $60.00 | N/A | $60.00 | N/A |
| Self-employment | N/A | N/A | N/A | N/A |
| Income from real property (such as rental income) | N/A | N/A | N/A | N/A |
| Interest and dividends | N/A | N/A | N/A | N/A |
| Gifts | 30 | N/A | 30.00 | N/A |
| Alimony | N/A | N/A | N/A | N/A |
| Child support | N/A | N/A | N/A | N/A |
| Retirement (such as social security, pensions, annuities, insurance) | N/A | N/A | N/A | N/A |
| Disability (such as social security, insurance payments) | N/A | N/A | N/A | N/A |
| Unemployment payments | N/A | N/A | N/A | N/A |
| Public-assistance (such as welfare) | N/A | N/A | N/A | N/A |
| Other (specify): N/A | N/A | N/A | N/A | N/A |
| **Total monthly income:** | $90.00 | N/A | $90.00 | N/A |

1

**2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Tim Boachamp | P.O. Box 5000 Pekin IL 61555-5000 | 11-4-2003 – 11-29-05 | $60.00 |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

**4. How much cash do you and your spouse have? $ 0**

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

**5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.**

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Destiny Smith | Daughter | (5) five |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [x] No Is property insurance included? [ ] Yes [ ] No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ 15.00 | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ 5.00 | $ N/A |
| Medical and dental expenses | $ 2.00 | $ N/A |
| Transportation (not including motor vehicle expenses | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 2.20 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ N/A | $ N/A |

| | | |
|---|---|---|
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor vehicle | $ N/A | $ N/A |
| Other: Child Support | $ 10.00 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): N/A | $ N/A | $ N/A |
| Department store (name): N/A | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ 10.00 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly expenses: | $ 34.20 | $ N/A |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[✓] Yes [ ] No  If yes, describe on an attached sheet.  Child Support increase an additionall $10.00 starting 12-2005

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[✓] Yes [ ] No  If yes, how much? $ 10.00

If yes, state the attorney's name, address, and telephone number:

Michael Bauer prison # 02030-041
Federal Correctional Institution P.O. Box 5000
Pekin, IL 61555-5000

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[✓] Yes [ ] No  If yes, how much? $ 6.00

If yes, state the person's name, address, and telephone number:

The Above Amount is The Cost of A "Copy Card" from Institution Commissary

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

**13. State the address of your legal residence.**

Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000

Your daytime phone number: (N/A) N/A

Your age: 46   Your years of schooling: G.E.D

Your social-security number: 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

## All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Reg #: | 13086026 | | Current Institution: | Pekin FCI | | |
| Inmate Name: | SMITH, ARLON | | Housing Unit: | INDIANA | | |
| Report Date: | 11/30/2005 | | Living Quarters: | B02-219L | | |
| Report Time: | 4:43:50 PM | | | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 11/29/2005 4:31:19 PM | AMService | ITS Withdrawal | ($1.00) | ITS1129 | | $99.36 |
| 11/29/2005 6:01:51 AM | AMSERVICE | Lockbox - CD | $100.00 | 70146201 | | $100.36 |
| 11/24/2005 9:49:13 AM | AMService | ITS Withdrawal | ($2.00) | ITS1124 | | $0.36 |
| 11/20/2005 12:14:27 PM | AMService | ITS Withdrawal | ($2.00) | ITS1120 | | $2.36 |
| 11/19/2005 7:48:34 AM | AMService | ITS Withdrawal | ($2.00) | ITS1119 | | $4.36 |
| 11/18/2005 8:02:50 AM | PEK2867 | Child Support | ($10.00) | | 389 | $6.36 |
| 11/12/2005 10:30:53 AM | AMService | ITS Withdrawal | ($2.00) | ITS1112 | | $16.36 |
| 11/10/2005 2:08:03 AM | AMSERVICE | Donation | ($5.00) | | 318 | $18.36 |
| 11/10/2005 2:08:03 AM | AMSERVICE | Child Support | ($10.00) | | 317 | $23.36 |
| 11/10/2005 2:08:03 AM | AMSERVICE | Donation | ($5.00) | | 316 | $33.36 |
| 11/9/2005 8:00:10 PM | AMService | ITS Withdrawal | ($2.00) | ITS1109 | | $38.36 |
| 11/3/2005 6:15:30 PM | PEK1789 | Sales | ($61.65) | 79 | | $40.36 |
| 11/2/2005 10:24:39 AM | PEK2867 | Payroll - IPP | $61.18 | FIPP1005 | | $102.01 |
| 10/30/2005 11:03:56 AM | AMService | ITS Withdrawal | ($9.00) | ITS1030 | | $40.83 |
| 10/30/2005 5:50:50 AM | AMSERVICE | Lockbox - CD | $49.00 | 70144302 | | $49.83 |
| 10/14/2005 4:45:33 PM | AMService | ITS Withdrawal | ($1.00) | ITS1014 | | $0.83 |
| 10/13/2005 6:08:52 PM | AMService | ITS Withdrawal | ($1.00) | ITS1013 | | $1.83 |
| 10/13/2005 5:27:00 PM | PEK1789 | Sales | ($22.25) | 30 | | $2.83 |
| 10/12/2005 4:33:01 PM | AMService | ITS Withdrawal | ($2.00) | ITS1012 | | $25.08 |
| 10/10/2005 2:08:20 AM | AMSERVICE | Child Support | ($10.00) | | 69 | $27.08 |
| 10/10/2005 2:08:20 AM | AMSERVICE | Donation | ($5.00) | | 68 | $37.08 |
| 10/9/2005 11:07:25 AM | AMService | ITS Withdrawal | ($1.00) | ITS1009 | | $42.08 |
| 10/7/2005 5:23:20 PM | AMService | ITS Withdrawal | ($5.00) | ITS1007 | | $43.08 |
| 10/6/2005 6:34:55 PM | PEK5717 | Sales | ($2.80) | 61 | | $48.08 |
| 10/6/2005 6:20:00 PM | PEK5717 | Sales | ($134.20) | 53 | | $50.88 |
| 10/5/2005 11:02:31 AM | PEK2867 | Donation | ($5.00) | | 43 | $185.08 |
| 10/5/2005 11:01:36 AM | PEK2867 | Donation | ($5.00) | | 42 | $190.08 |
| 10/5/2005 11:00:37 AM | PEK2867 | Gift | ($30.00) | | 41 | $195.08 |
| 10/5/2005 10:59:08 AM | PEK2867 | Donation | ($5.00) | | 40 | $225.08 |
| 10/4/2005 8:27:28 AM | PEK2867 | Payroll - IPP | $210.02 | JV0008 | | $230.08 |
| 10/3/2005 8:38:00 PM | AMService | ITS Withdrawal | ($5.00) | ITS1003 | | $20.06 |
| 10/2/2005 11:15:59 AM | AMService | ITS Withdrawal | ($5.00) | ITS1002 | | $25.06 |
| 10/2/2005 5:30:03 AM | AMSERVICE | Lockbox - CD | $30.00 | 70142402 | | $30.06 |
| 9/19/2005 5:19:59 PM | PEK0505 | Sales | ($15.30) | 21 | | $0.06 |
| 9/18/2005 10:31:17 AM | AMService | ITS Withdrawal | ($5.00) | ITS0918 | | $15.36 |
| 9/13/2005 5:43:32 AM | AMSERVICE | Lockbox - CD | $20.00 | 70141001 | | $20.36 |
| 9/11/2005 4:51:06 PM | AMService | ITS Withdrawal | ($1.00) | ITS0911 | | $0.36 |
| 9/10/2005 11:57:46 AM | AMService | ITS Withdrawal | ($1.00) | ITS0910 | | $1.36 |
| 9/10/2005 2:08:20 AM | AMSERVICE | Child Support | ($10.00) | | 2210 | $2.36 |
| 9/10/2005 2:08:20 AM | AMSERVICE | Donation | ($5.00) | | 2209 | $12.36 |
| 9/6/2005 6:32:45 PM | PEK7022 | Sales | ($47.95) | 89 | | $17.36 |
| 9/3/2005 11:17:15 AM | AMService | ITS Withdrawal | ($1.00) | ITS0903 | | $65.31 |
| 9/2/2005 6:12:54 PM | AMService | ITS Withdrawal | ($1.00) | ITS0902 | | $66.31 |
| 9/2/2005 5:23:08 PM | AMService | ITS Withdrawal | ($1.00) | ITS0902 | | $67.31 |
| 9/2/2005 8:27:18 AM | PEK2867 | Payroll - IPP | $68.00 | JV0110 | | $68.31 |
| 8/22/2005 6:03:44 PM | PEK0505 | Sales | ($39.70) | 54 | | $0.31 |
| 8/21/2005 5:19:47 AM | AMSERVICE | Lockbox - CD | $40.00 | 70139502 | | $40.01 |
| 8/14/2005 11:34:36 AM | AMService | ITS Withdrawal | ($1.00) | ITS0814 | | $0.01 |
| 8/12/2005 5:59:31 PM | AMService | ITS Withdrawal | ($1.00) | ITS0812 | | $1.01 |
| 8/10/2005 2:08:09 AM | AMSERVICE | Child Support | ($10.00) | | 1984 | $2.01 |

1 2 3

## All Transactions

[PRINT]

| Inmate Reg #: | 13086026 | Current Institution: | Pekin FCI |
| --- | --- | --- | --- |
| Inmate Name: | SMITH, ARLON | Housing Unit: | INDIANA |
| Report Date: | 11/30/2005 | Living Quarters: | B02-219L |
| Report Time: | 4:44:34 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 8/10/2005 2:08:09 AM | AMSERVICE | Donation | ($5.00) | | 1983 | $12.01 |
| 8/8/2005 5:49:23 PM | PEK7022 | Sales | ($46.90) | 30 | | $17.01 |
| 8/4/2005 7:59:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS0804 | | $63.91 |
| 8/2/2005 9:13:17 AM | PEK2867 | Payroll - IPP | $63.05 | JV0103 | | $64.91 |
| 7/25/2005 6:30:30 PM | PEK0505 | Sales | ($43.70) | 61 | | $1.86 |
| 7/24/2005 9:08:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0724 | | $45.56 |
| 7/23/2005 5:13:39 AM | AMSERVICE | Lockbox - CD | $50.00 | 70137501 | | $50.56 |
| 7/16/2005 12:10:45 PM | AMService | ITS Withdrawal | ($1.00) | ITS0716 | | $0.56 |
| 7/13/2005 12:10:21 PM | PEK2867 | Child Support | ($10.00) | | 1835 | $1.56 |
| 7/10/2005 2:08:32 AM | AMSERVICE | Donation | ($5.00) | | 1786 | $11.56 |
| 7/9/2005 1:41:14 PM | AMService | ITS Withdrawal | ($1.00) | ITS0709 | | $16.56 |
| 7/8/2005 6:25:38 PM | AMService | ITS Withdrawal | ($1.00) | ITS0708 | | $17.56 |
| 7/7/2005 9:06:28 PM | AMService | ITS Withdrawal | ($1.00) | ITS0707 | | $18.56 |
| 7/6/2005 5:42:47 PM | AMService | ITS Withdrawal | ($1.00) | ITS0706 | | $19.56 |
| 7/5/2005 8:45:36 PM | AMService | ITS Withdrawal | ($2.00) | ITS0705 | | $20.56 |
| 7/5/2005 5:58:47 PM | PEK9505 | Sales | ($3.75) | 56 | | $22.56 |
| 7/5/2005 5:56:59 PM | PEK9505 | Sales | ($42.60) | 54 | | $26.31 |
| 7/5/2005 8:35:07 AM | PEK2867 | Payroll - IPP | $43.00 | JV0090 | | $68.91 |
| 6/29/2005 6:16:53 PM | AMService | ITS Withdrawal | ($5.00) | ITS0629 | | $25.91 |
| 6/27/2005 5:08:03 AM | AMSERVICE | Lockbox - CD | $30.00 | 70135603 | | $30.91 |
| 6/8/2005 6:42:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS0608 | | $0.91 |
| 6/8/2005 8:54:05 AM | PEK2867 | Child Support | ($10.00) | | 1583 | $1.91 |
| 6/7/2005 5:19:30 PM | PEK8222 | Sales | ($82.60) | 21 | | $11.91 |
| 6/5/2005 10:28:57 AM | AMService | ITS Withdrawal | ($1.00) | ITS0605 | | $94.51 |
| 6/4/2005 9:37:40 AM | AMService | ITS Withdrawal | ($5.00) | ITS0604 | | $95.51 |
| 6/4/2005 5:34:56 AM | AMSERVICE | Lockbox - CD | $40.00 | 70134101 | | $100.51 |
| 6/2/2005 5:32:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0602 | | $60.51 |
| 6/2/2005 8:03:52 AM | PEK2867 | Payroll - IPP | $62.00 | JV0085 | | $62.51 |
| 5/12/2005 1:13:37 PM | PEK2867 | Child Support | ($10.00) | | 1458 | $0.51 |
| 5/10/2005 5:33:57 PM | PEK7022 | Sales | ($5.75) | 19 | | $10.51 |
| 5/10/2005 5:33:29 PM | PEK7022 | Sales | ($7.70) | 18 | | $16.26 |
| 5/8/2005 6:43:48 PM | AMService | ITS Withdrawal | ($1.00) | ITS0508 | | $23.96 |
| 5/8/2005 2:34:32 PM | AMService | ITS Withdrawal | ($1.00) | ITS0508 | | $24.96 |
| 5/4/2005 6:40:50 PM | AMService | ITS Withdrawal | ($5.00) | ITS0504 | | $25.96 |
| 5/4/2005 5:20:45 AM | AMSERVICE | Lockbox - CD | $30.00 | 70131901 | | $30.96 |
| 5/3/2005 7:00:24 PM | AMService | ITS Withdrawal | ($1.00) | ITS0503 | | $0.96 |
| 5/3/2005 5:36:36 PM | PEK1789 | Sales | ($48.45) | 21 | | $1.96 |
| 5/3/2005 8:23:37 AM | PEK2867 | Payroll - IPP | $50.17 | JV0070 | | $50.41 |
| 4/12/2005 5:43:11 PM | PEK1789 | Sales | ($20.35) | 24 | | $0.24 |
| 4/9/2005 12:03:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0409 | | $20.59 |
| 4/6/2005 7:31:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0406 | | $25.59 |
| 4/5/2005 5:36:39 PM | PEK7022 | Sales | ($28.60) | 26 | | $30.59 |
| 4/5/2005 6:21:48 AM | AMSERVICE | Lockbox - CD | $30.00 | 70129801 | | $59.19 |
| 4/4/2005 5:20:20 PM | AMService | ITS Withdrawal | ($3.00) | ITS0404 | | $29.19 |
| 4/4/2005 9:43:08 AM | PEK4019 | Payroll - IPP | $32.00 | JV0060 | | $32.19 |
| 3/23/2005 5:19:35 PM | PEK8222 | Sales | ($10.05) | 18 | | $0.19 |
| 3/20/2005 10:37:25 AM | AMService | ITS Withdrawal | ($5.00) | ITS0320 | | $10.24 |
| 3/17/2005 4:37:58 PM | AMService | ITS Withdrawal | ($6.00) | ITS0317 | | $15.24 |
| 3/17/2005 5:21:51 AM | AMSERVICE | Lockbox - CD | $21.00 | 70128501 | | $21.24 |
| 3/2/2005 7:00:54 PM | AMService | ITS Withdrawal | ($3.00) | ITS0302 | | $0.24 |

1 2 3

## All Transactions

🖨 PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 13086026 | **Current Institution:** | Pekin FCI |
| **Inmate Name:** | SMITH, ARLON | **Housing Unit:** | INDIANA |
| **Report Date:** | 11/30/2005 | **Living Quarters:** | B02-219L |
| **Report Time:** | 4:44:50 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/2/2005 5:31:39 PM | PEK8222 | Sales | ($32.45) | 21 | | $3.24 |
| 3/2/2005 8:04:27 AM | PEK1357 | Payroll - IPP | $35.00 | JV0052 | | $35.69 |

1 2 3

RE: Legal Documents
To be filed

Arlon C. Smith
Federal Correctional Institution
Prison No. 13086-026
P.O. Box 5000
Pekin, IL 61555-5000

Clerk
United States District Court
Central District of Illinois
Room 309 Federal Building
100 N.E. Monroe Peoria, IL 61602

Dear Clerk,

Please find enclosed the following legal documents to be filed within your honorable court: Motion and Affidavit to Appeal In Forma Pauperis. Thankyou for your time.

Sincerely

12-4-05

Arlon C. Smith

RE: PROOF of SERVICE
DISTRICT NO. 05-1325
APPEAL NO. 05-4305

ARLON C SMITH
Federal Correctional Institution
Prison No. 13086-026
P.O. Box 5000
Pekin, IL 61555-5000

I, ARLON C SMITH, swear under penalty of perjury that he is the petitioner in the above mentioned case numbers. And that I have provided Respondants a copy of a motion for permission to appeal in forma pauperis plus affidavit in support thereof. Petitioner has done so by placing said motion and affidavit inside an envelope addressed to U.S. Attorney 211 Fulton St. Suite 400 Peoria, IL 61602 on 12-4-05.

I, ARLON C SMITH AFFIRM under pentally of perjury under United States laws that the above information is true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621).

12-4-05                                    Arlon C. Smith