E-FILED
Thursday, 22 December, 2005  04:37:01 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
ARLON C. SMITH,                )
                               )
       Petitioner,             )
                               )
    v.                         )      Case No. 05-1325
                               )
R.V. VEACH,                    )
                               )
       Respondent.             )
```

## __O R D E R__

Before the Court is Petitioner's Motion for Permission to Appeal In Forma Pauperis [Doc. # 8]. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. See Newlin v. Helman, 123 F.3d 429, 433-34 (7th Cir. 1997); Sperow v. Melvin, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." Walker v. O'Brien, 216 F.3d 626, 632 (7th Cir. 2000). This Court denied Petitioner relief because he failed to exhaust his available state court remedies to challenge a detainer lodged by the state. Accordingly, the Court finds Petitioner's appeal is not taken in good faith and his motion is denied. See Boettcher v. Doyle, 105 Fed. Appx. 852, 854 (7th Cir. July 20, 2004) (unpublished order), (exhaustion of state court remedies required when federal prisoner challenges detainer lodged by state), citing United States v. Castor, 937 F.2d 293, 296-97 (7th Cir. 1997) and Echevarria v. Bell, 579 F.2d 1022, 1025 (7th Cir. 1978).

IT IS THEREFORE ORDERED that Petitioner's Motion for Permission to Appeal In Forma Pauperis [Doc. # 8] is DENIED.

Entered this ___22nd___ day of December, 2005.

                                                  s/ Joe B. McDade
                                                 JOE BILLY McDADE
                                         United States District Judge