## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
ARLON C. SMITH,                )
                               )
        Petitioner,            )
                               )
    v.                         )    Case No. 05-1325
                               )
R.V. VEACH,                    )
                               )
        Respondent.            )
```

## <u>O R D E R</u>

Before the Court is Petitioner's Motion for Permission to Appeal In Forma Pauperis [Doc. # 8]. Under 28 U.S.C. § 1915(a)(3), the Court is required to determine if Petitioner's appeal is taken in good faith. <u>See</u> <u>Newlin v. Helman</u>, 123 F.3d 429, 433-34 (7th Cir. 1997); <u>Sperow v. Melvin</u>, 153 F.3d 780, 781 (7th Cir. 1998). To determine that an appeal is taken in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." <u>Walker v. O'Brien</u>, 216 F.3d 626, 632 (7th Cir. 2000). This Court denied Petitioner relief because he failed to exhaust his available state court remedies to challenge a detainer lodged by the state. Accordingly, the Court finds Petitioner's appeal is not taken in good faith and his motion is denied. <u>See</u> <u>Boettcher v. Doyle</u>, 105 Fed. Appx. 852, 854 (7th Cir. July 20, 2004) (unpublished order), (exhaustion of state court remedies required when federal prisoner challenges detainer lodged by state), <u>citing</u> <u>United States v. Castor</u>, 937 F.2d 293, 296-97 (7th Cir. 1997) <u>and</u> <u>Echevarria v. Bell</u>, 579 F.2d 1022, 1025 (7th Cir. 1978).

IT IS THEREFORE ORDERED that Petitioner's Motion for Permission to Appeal In Forma Pauperis [Doc. # 8] is DENIED.

Entered this   22nd   day of December, 2005.

>           s/ Joe B. McDade          
>            JOE BILLY McDADE
>         United States District Judge