# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### DISMISSAL PER CIRCUIT RULE 3(b)

**FILED**

FEB 1 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: February 14, 2006

By the Court:

No. 05-4305

ARLON SMITH,
        Petitioner - Appellant

  v.

RICK V. VEACH, Warden,
        Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1325, Joe Billy McDade, Judge

    This cause, docketed on 11/14/05, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   February 14, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL   61602

FROM:   Gino J. Agnello, Clerk

RE:     05-4305
        Smith, Arlon v. Veach, Rick
        05 C 1325, Joe Billy McDade, Judge

        Herewith is the mandate of this court in this appeal.
        A certified copy of the opinion/order of the court
        shall constitute the mandate.

        There was no record filed with this court in this cause.

        Copies of this notice sent to:          Counsel of record

        [ ]     United States Marshal

        [ ]     United States Probation Office

        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Received above mandate from the Clerk, U.S. Court of Appeals for
        the Seventh Circuit.

Date: _____    _____
(1202-052495)                            Deputy Clerk, U.S. District Court